UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| A-1 DETECTIVE AND PATROL SERVICE, INC. | PLAINTIFF |
| v. | CAUSE NO. 3:18-cv-560-HTW-LRA |
| | JURY TRIAL DEMANDED |
| CAMBRIDGE SECURITY SERVICES CORP. | DEFENDANT |

MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff A-1 Detective and Patrol Service, Inc. ("A-1") moves the clerk for an entry of default against Defendant Cambridge Security Services Corp. ("Defendant") and states as follows:

1. On November 13, 2018, A-1 filed its Amended Complaint (Doc. No. 6). *See* Am. Compl., Ex. 1 to Affidavit of Anna Little Morris, Ex. A hereto.

2. The same day, the Court issued a Summons (Doc. No. 7) to Defendant's registered agent in Florida, a state in which Defendant has its Southeast Regional Headquarters[1] (the "Florida Registered Agent"). The Florida Registered Agent is located at 5100 N. Federal Highway, Suite 405, Ft. Lauderdale, Florida 33008. *See* Summons, Ex. 2 to Affidavit of Anna Little Morris, Ex. A hereto.

3. On November 26, 2018, A-1 served Defendant with a copy of the Summons and Amended Complaint via certified mail, return receipt requested, relying upon Fed. R. Civ. P. 4(h)(1)(A) and 4(e)(1) and Miss. R. Civ. P. 4(c)(5). *See* Return of Service, Ex. 3 to Affidavit of Anna Little Morris, Ex. A hereto.

---

[1] *See* https://www.cambridgesecurityservices.com/contact/.

-2-

4. As of the date of this Motion, Defendant has not filed an Answer or other responsive pleading.

5. Therefore, more than thirty (30) days have passed since Defendant was served with process, and no answer or other responsive pleading has been filed.

WHEREFORE, based upon Defendant's failure to appear and defend in this action, Plaintiff A-1 Detective and Patrol Service, Inc. requests that the Clerk enter a default against Defendant Cambridge Security Services Corp.

Dated: January 3, 2019.

        Respectfully submitted,

        A-1 DETECTIVE AND PATROL SERVICE, INC.

        By: */s/ Anna Little Morris*
          Brian Kimball (Miss. Bar No. 100787)
          Anna Little Morris (Miss. Bar No. 105299)
          BUTLER SNOW LLP
          1020 Highland Colony Parkway, Suite 1400 (39157)
          Post Office Box 6010
          Ridgeland, Mississippi  39158-6010
          (T) 601-985-4487
          (F) 601-985-4500
          (E) brian.kimball@butlersnow.com
            anna.morris@butlersnow.com

        ITS ATTORNEYS

## CERTIFICATE OF SERVICE

I, Anna Little Morris, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the ECF system.

SO CERTIFIED, this the 3rd day of January, 2019.

            */s/ Anna Little Morris*
            ANNA LITTLE MORRIS