IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

A-1 DECTECTIVE AND PATROL SERVICE, INC.                                   PLAINTIFF

V.                                                         CASE NUMBER 3:18-cv-560 CWR-JCG

CAMBRIDGE SECURITY SERVICES CORP.                                         DEFENDANT

**CLERK'S ENTRY OF DEFAULT**

PURSUANT TO Rule 55 (a) of the Federal Rules of Civil Procedure, I hereby certify that defendant Cambridge Security Services Corp. is in default for its failure to plead or otherwise defend the above-captioned action as reflected in the records of this office.

SO ENTERED this the 7th day of January, 2019.

**ARTHUR JOHNSTON, CLERK**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI



By: _____,Clerk